**DOCUMENT REMOVED DUE TO REASON[S ] CHECKED BELOW**

**DOCUMENT ENTERED IN ERROR**

**DOCUMENT WITHDRAWN/REMOVED PER COURT ORDER OF _____.**

**INCORRECT DOCUMENT LINKED**

**OTHER**

**REMOVED PER IOP 30(b)**